UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:22-CR-264-FL-1

FILED IN OPEN COURT
ON 7/11/23
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALEJANDRO ISRAEL SANCHEZ-AMEZCUA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the court for arraignment at its July 10, 2023 term of court and was continued to July 12, 2023 in order to secure an interpreter. However, the court finds further continuance is required to secure an interpreter. Accordingly, the arraignment is continued to the **Tuesday, August 15, 2023** term of court in New Bern, North Carolina. The court finds that the ends of justice served by granting these continuances outweigh the best interests of the public and defendant in a speedy trial. It is therefore ordered further that the period of delay necessitated by this continuance is excluded from the speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED, this the 11th day of July, 2023.

Robert B. Jones, Jr.,
United States Magistrate Judge